Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Kara Morreira

KELLEY DRYE & WARREN LLP
Sarah E. Diamond (SBN 281162)
10100 Santa Monica Blvd. 23rd Floor
Los Angeles, CA 90067-4008
Telephone:      (310) 712-6100
Facsimile:      (310) 712-6199
sdiamond@kelleydrye.com

Attorneys for Defendants
Kohl's Department Stores, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **KARA MORREIRA**,<br><br>                    Plaintiff,<br><br>    v.<br><br>**KOHLS DEPARTMENT STORES, INC.,**<br>**and DOES 1 through 100 inclusive**,<br><br>                    Defendants. | Case No.: 2:17-cv-02243-TLN-DB<br><br>Assigned to: Hon. Troy L. Nunley<br>Referred to: Hon. Deborah Barnes<br><br>**STIPULATION FOR DISMISSAL OF**<br>**DEFENDANT KOHL'S DEPARTMENT**<br>**STORES, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Kara Morreira and defendant Kohl's Department Stores, Inc. that Kohl's Department Stores, Inc. be dismissed from this action, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.


DATED: May 17, 2018              **SAGARIA LAW, P.C.**

                           By:    */s/ Elliot Gale*
                                  Elliot Gale
                                  Attorney for Plaintiff Kara Morreira


DATED: May 17, 2018              KELLEY DRYE & WARREN LLP

                           By:    */s/ Sarah E. Diamond*
                                  Sarah E. Diamond
                                  Attorney for Defendant Kohl's Department
                                  Stores, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Sarah E. Diamond has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Kohl's Department Stores, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED: _____          _____
                                  Hon. Troy L. Nunley
                                  UNITED STATES DISTRICT JUDGE